77436

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 OCT 15  AM 9:02

DEPUTY CLERK_____ BB

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| TOMMY LEE STEWARD, | § | |
| *Plaintiff,* | § | |
|  | § | **3-14CV-3685M** |
| v. | § | |
|  | § | CIVIL ACTION NO. _____ |
|  | § | |
| KAUFMAN COUNTY, TEXAS | § | |
| *Defendant.* | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, Plaintiff and for cause of action would show the Court as follows:

### PARTIES

1.1.    Plaintiff TOMMY LEE STEWARD is a resident in Terrell, Kaufman County, Texas.

### DEFENDANT

2.1.    Defendant KAUFMAN COUNTY, TEXAS  is a local government unit which is operating under the laws of the State of Texas. This Defendant has a right to sue and to be sued in its own name and stead.

### SERVICE AND PROCESS

3.1.    Defendant KAUFMAN COUNTY, TEXAS may be served by serving the Honorable Bruce Wood, Kaufman County Judge service of process at Kaufman County Courthouse, 100 West Mulberry, Kaufman, Texas 75142.

### JURISDICTION AND VENUE

3.1     A common nucleus of operative facts exists within Kaufman County, Texas.

Plaintiff's Original Complaint

3.2.     Venue is properly set in the United States District Court in the Northern District of Texas located in Dallas, Texas.

3.3.     Venue in the captioned District Court pursuant to 28 U.S.C stems from the fact that the acts or omissions giving rise to the claims occurred in the judicial district of the captioned District Court.

3.4.     This action is brought pursuant to 42 U.S.C. § 1983 for violations of the Fourteenth Amendment to the Unites States Constitution.  Jurisdiction is conferred upon this Court by 28 U.S.C. § 1331, *et seq.*

## FACTS

4.1.     On or about December 16, 2013, the Honorable Howard Tygrett, presiding Judge of the 86th Judicial District Court, Kaufman County, Texas, dismissed Cause No. 59484, styled *State of Texas vs. $3,780.00*.  Defendant Kaufman County, Texas filed the aforementioned seizure and forfeiture action pursuant to Texas Code of Criminal Procedure Article 59.04 in an effort to forfeit Plaintiff's assets.

4.2.     In addition to the authority conferred by the aforementioned criminal statute, Kaufman County, Texas has a policy and practice of seizing assets (vehicles, money, property) from individuals that it believes might be illegal contraband and forfeiting ownership of those assets to its ownership.

4.3.     The policy authorized and utilized by Kaufman County, Texas involves receiving the alleged contraband from law enforcement officers and retaining those items in its possession until it is able to establish that seized property is actually contraband.

4.2.    As a result of this dismissal, on the aforementioned date, Kaufman County, Texas failed to meet its burden of establishing that Plaintiff's assets ($3,780) were illegal contraband and no longer has authority to retain Plaintiff's money.  Nevertheless, after continued requests for the return of his money, Defendant Kaufman County, Texas refuses to relinquish the assets and retains the money in its possession.

4.2.    The Defendant Kaufman County has a policy and practice to initiate seizure and forfeiture actions against the asset(s) of individuals if it believes such originates from alleged criminal activity.  Such authority is conveyed upon the Defendant pursuant to Texas Criminal of Criminal Procedure 59.04.

## CLAIMS PURSUANT TO 42 U.S.C §§ 1983 AND 1988

5.1.    At all material times hereto, Defendant Kaufman County, Texas was acting under the color of State law.

5.2.    At all material times hereto, Plaintiff had a constitutionally protected right against the taking of his property without due process as provided by the Fourteenth Amendment of the Constitution of the United States.

5.3.    The acts and omissions of the Defendant constitute a pervasive pattern of deliberate indifference and/or wanton and willful misconduct in regards to the rights of Plaintiff.  The Defendant was aware that it failed to establish its interest in Plaintiff's property and failed to immediately return Plaintiff's property that it had illegally retained by color of State law.

5.4.    The Defendants unlawfully appropriated and secured  the Plaintiff's personal property in the amount of $3,780.00;

5.5.    The rights of due process before the taking of an individual's personal assets are long-standing rights and were clearly established at all times relevant.

5.6.    The Fourteenth Amendment violations committed by Defendant Kaufman County, Texas are the moving force(s) that caused the damages of the Plaintiff.  By reason of all the foregoing allegations, Plaintiff is entitled to an award of damages against the Defendant Kaufman County, Texas for his damages including economic and non-economic damages, and punitive damages under federal common law and 42 U.S.C § 1983 and for his costs and reasonable attorney fees pursuant to 42 U.S.C. § 1988.

## NO CONTRIBUTORY FAULT

6.1.    Plaintiff committed no act which would have contributed to the unconstitutional actions of Defendant's continued taking of his property.

## DAMAGES

7.1    As a result of the unconstitutional actions of the Defendant Kaufman County, Texas, the Plaintiff has suffered the following damages and losses:

A.    Loss of assets in the amount of $3,780.00,

B.    Intangible damages in the form of emotional pain and suffering (past and future),

C.    Attorney's fees pursuant to 42 U.S.C. § 1988, for deprivation of his civil rights as alleged above, and

D.    Punitive damages

E.    Costs of Court.

## PRAYER

8.1.   **WHEREFORE, PREMISES CONSIDERED**, TOMMY LEE STEWARD respectfully

prays for judgement against KAUFMAN COUNTY, TEXAS as follows:

A.   A judgment against the Defendant Kaufman County, Texas for all economic and

non-economic damages allowable under law and in such reasonable sum as shall

be establised at the time of trial,

B.   For costs, reasonable and statutory attorney fees, and other relief as established by

law,

C.   For damages pursuant 42 U.S.C. § 1983 and § 1988, including an award of

punitive damages, costs and attorney's fees;

D.   For such other further relief as the Court deems fair and equitable under the

circumstances of this case.

Respectfully submitted,
**LAW OFFICES OF HOUSTON M. SMITH P.C.**
210 East Moore Avenue
Terrell, Texas 75160
(972) 524-1903 Office
(972) 524-1992 Fax


/s/Houston M. Smith
BY:   **HOUSTON M. SMITH**
Texas Bar No.: 18605900
E-mail address: hms@houstonMsmith.com
**ATTORNEY FOR PLAINTIFF**

3-14CV-3685M

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

RECEIVED
OCT 15 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Tommy Lee Steward | Kaufman County, Texas |

| **(b)** County of Residence of First Listed Plaintiff   Kaufman | County of Residence of First Listed Defendant   Kaufman |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>Houston M. Smith, Law Offices of Houston M. Smith<br>210 East Moore Avenue, Terrell, Texas 75160 | Attorneys *(If Known)*<br>Honorable Erleigh Norville-Wiley<br>100 West Mulberry<br>Kaufman, Texas 75142 |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Med. Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☒ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)<br>☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.SC Section 1983, 14th Amendment of United States Constitution

Brief description of cause:
Unconstitutional taking of personal property, namely monetary assets

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $<br>3,780.00 | CHECK YES only if demanded in complaint:<br>JURY DEMAND:  ☒ Yes  ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) PENDING OR CLOSED: | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD<br>/s/ Houston M. Smith |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|